389 A.2d 209

White (et al., Appellant) v. Deer et al.

Submitted November 21, 1977. Kellen McClendon, Assistant Attorney General, and Robert P. Kane, Attorney General, for appellant; Clyde T. MacVay and John C. Carlin, for appellees.

OPINION PER CURIAM: The original order of the lower court dated April 9, 1976, by which $776.10 was awarded to the Commonwealth, appellant, is reinstated, and the Commonwealth's claim for further payment from the minor's share of the fund is denied.

HOFFMAN and VAN der VOORT, JJ., dissented and would transfer the case to the Commonwealth Court.

WATKINS, former P. J., did not participate in the consideration or decision of this case.